UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## AFFIDAVIT OF PLAINTIFF

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.

2. I have personal knowledge of the matters contained in this affidavit.

3. I am a consumer.

4. I incurred a debt primarily for personal, family, or household purposes.

5. Upon information and belief, the Defendant is a debt collection agency.

6. The Defendant attempted to collect a debt from me.

7. On or about June 6, 2017, I spoke with an employee of the Defendant. During this telephone conversation, the employee stated that I either had to pay the debt in full or set up payment arrangements. If I did not accept either choice, the Defendant's employee stated that the account will be escalated and that it would result in a garnishment.

I affirm under penalty of perjury that the foregoing representations are true and correct.

_____
Fransoly Gonzalez


PLAINTIFF'S EXHIBIT 1